UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENRIQUE FLORES,

    Plaintiff,

Vs.                                                  USDC Case No. 07-CV-13878
                                                     Judge Patrick J. Duggan

DAIRYLAND INSURANCE COMPANY,
and SENTRY INSURANCE COMPANY,        Lower Case No. 07-876-NF

    Defendants.

| LEO E. JANUSZEWSKI (P44631) | MARY CATHERINE RENTZ (P33011) |
|---|---|
| Leo E Januszewski PC | Plunkett Cooney |
| 121 W Washington St Ste 400 | Attorney For Defendants |
| Attorney for Plaintiff | 535 Griswold, Ste. 2400 |
| Ann Arbor, MI 48104 | Detroit, MI 48226 |
| Phone: (734) 926-0139 | Phone: (313) 983-4856 |
| Fax: (734) 994-6615 | Fax: (313) 983-4350 |
| E-mail: leo@theljlawfirm.com | E-mail: mrentz@plunkettcooney.com |

## **STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel hereto, that

the above-captioned matter be dismissed, with prejudice and without costs.

| /s/ Leo E. Januszewski | /s/ Mary Catherine Rentz |
|---|---|
| Leo E Januszewski PC | Plunkett Cooney |
| Attorney for Plaintiff | Attorney for Defendant |
| 121 W Washington St Ste 400 | 535 Griswold, Ste. 2400 |
| Ann Arbor, MI 48104 | Detroit, MI 48226 |
| Phone: (734) 926-0139 | Direct Dial: (313) 983-4856 |
| E-mail: leo@theljlawfirm.com | Email: mrentz@plunkettcooney.com |
| Bar No. (P44631) | Bar No. (P33011) |


DATED: September 8, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENRIQUE FLORES,
    Plaintiff,

Vs.                                            USDC Case No. 07-CV-13878
                                                Judge Patrick J. Duggan

DAIRYLAND INSURANCE COMPANY,
and SENTRY INSURANCE COMPANY,          Lower Case No. 07-876-NF
    Defendants.

## **ORDER OF DISMISSAL**

At a session of said Court, held in the City of Detroit, County of Wayne, State of Michigan on September 8, 2008.
Present: Honorable Patrick J. Duggan
United States District Court Judge

This matter having come before the Court through stipulation, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-captioned matter be, and the same hereby is, dismissed, with prejudice and without costs.

This Order dismisses all claims as to all parties

                                              s/PATRICK J. DUGGAN
                                              U.S. District Court Judge

Notice and hearing on entry of the above
Order is hereby waived.

| /s/ Leo E. Januszewski | /s/ Mary Catherine Rentz |
|---|---|
|  | Plunkett Cooney |
| Leo E Januszewski PC | Attorney for Defendant |
|  | 535 Griswold, Ste. 2400 |
| Attorney for Plaintiff | Detroit, MI 48226 |
| 121 W Washington St Ste 400 | Direct Dial: (313) 983-4856 |
| Ann Arbor, MI 48104 | Email: mrentz@plunkettcooney.com |
| Phone: (734) 926-0139 | Bar No. (P33011) |
| E-mail: leo@theljlawfirm.com |  |
| Bar No. (P44631) |  |